# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                     Civil Action No.  1:15-cv-01853-DAB

JOHN DOE, subscriber assigned IP address 100.2.113.92,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 100.2.113.92.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  July 8, 2015

                                                         Respectfully submitted,

                                                         By:    /s/ *Jacqueline M. James*
                                                         Jacqueline M. James, Esq.
                                                         jjameslaw@optonline.net
                                                         The James Law Firm PLLC
                                                         445 Hamilton Avenue
                                                         Suite 1102
                                                         White Plains, New York 10601
                                                        Telephone:  914-358-6423

                Facsimile: 914-358-6424
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Jacqueline M. James*
                  Jacqueline M. James